United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                Case No. 22-00767-HWV
Jason Alfred Sage                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Alfred Sage, 21091 Croghan Pike, Orbisonia, PA 17243-9002 |
| 5471772 | | Columbia Gas of MD, Online Collections, P O Box 1489, Winterville, NC 28590-1489 |
| 5471790 | + | Penelec, 2800 Pottsville Pike, P O Box 16001, Reading, PA 19612-6001 |
| 5471789 | | Penelec, P O Box 3687, Akron, OH 44309-3687 |
| 5471791 | + | Penelec, 415 Liberty Blvd, Du Bois, PA 15801-2494 |
| 5471825 | + | Pennsylvania Electric Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel 07733-1976 |
| 5471793 | + | Prosper Marketplace, 101 Second St, Se 1500, San Francisco, CA 94105-3672 |
| 5471801 | | Village Capital Investment, 2863 Rose Parkway, Henderson, NV 89052 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: office@csonkalaw.com | Apr 26 2022 18:35:00 | Michael John Csonka, Csonka Law, 166 South Main Street, Kerrstown Square, Chambersburg, PA 17201 |
| tr | | Email/Text: info@pamd13trustee.com | Apr 26 2022 18:35:00 | Jack N Zaharopoulos (Trustee), Standing Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Apr 26 2022 18:35:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 5471767 | + | EDI: CITICORP.COM | Apr 26 2022 22:58:00 | Best Buy/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 5471768 | + | EDI: CAPITALONE.COM | Apr 26 2022 22:58:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5471771 | + | EDI: CITICORP.COM | Apr 26 2022 22:58:00 | CitiCards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 5471769 | + | EDI: CITICORP.COM | Apr 26 2022 22:58:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5471770 | + | EDI: CITICORP.COM | Apr 26 2022 22:58:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5471773 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2022 18:44:27 | Credit One Bank, P O Box 98872, Las Vegas, NV 89193-8872 |
| 5471774 | | EDI: DISCOVER.COM | Apr 26 2022 22:53:00 | Discover, P O Box 15316, Wilmington, DE 19850 |
| 5471775 | + | EDI: DISCOVER.COM | Apr 26 2022 22:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5471776 | | EDI: IRS.COM | Apr 26 2022 22:58:00 | Internal Revenue Service, Insolvency Admin, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5471777 | + | Email/Text: bk@lendingclub.com | Apr 26 2022 18:35:00 | Lending Club Corp, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5471779 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 26 2022 18:35:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5471780 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 26 2022 18:35:00 | Mariner Finance LLC, Diana Holland, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5471781 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2022 18:35:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5471782 | + | EDI: NFCU.COM | Apr 26 2022 22:58:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5471785 | + | EDI: NFCU.COM | Apr 26 2022 22:58:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5471784 | + | EDI: NFCU.COM | Apr 26 2022 22:58:00 | Navy Federal Credit Union, P O Box 3700, Merrifield, VA 22119-3700 |
| 5471786 | + | EDI: NFCU.COM | Apr 26 2022 22:58:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5471787 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2022 18:44:38 | Ollo, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5471792 | | EDI: PRA.COM | Apr 26 2022 22:58:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5471794 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2022 18:44:27 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5471795 | + | Email/Text: bknotice@ercbpo.com | Apr 26 2022 18:35:00 | TMobile, C/O Enhanced Recovery Co, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 5471796 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 26 2022 18:35:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 5471798 | + | EDI: USAA.COM | Apr 26 2022 22:53:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5471797 | + | EDI: USAA.COM | Apr 26 2022 22:53:00 | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 5471800 | | Email/Text: admaas@villagecapital.com | Apr 26 2022 18:35:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |
| 5471799 | + | EDI: VERIZONCOMB.COM | Apr 26 2022 22:58:00 | Verizon, 500 Technology Dr, Ste 300, Saint Charles, MO 63304-2225 |
| 5471802 | + | EDI: WFFC.COM | Apr 26 2022 22:58:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 5471803 | + | EDI: WFFC.COM | Apr 26 2022 22:58:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5471778 | | M & T Bank |
| 5471788 | | PayPal Working Account, unknown |
| 5471783 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0314-1

Date Rcvd: Apr 26, 2022

User: AutoDocke

Form ID: 309I

Page 3 of 3

Total Noticed: 39

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022

Signature: _/s/Gustava Winters_

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Jason Alfred Sage office@csonkalaw.com<br>kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1 | Jason Alfred Sage | Social Security number or ITIN: xxx–xx–2983 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: 13   4/25/22 |
| Case number: | 1:22–bk–00767–HWV | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason Alfred Sage | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 21091 Croghan Pike<br>Orbisonia, PA 17243 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael John Csonka<br>Csonka Law<br>166 South Main Street<br>Kerrstown Square<br>Chambersburg, PA 17201 | Contact phone 717–977–3171<br><br>Email:  office @ csonkalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717–566–6097<br><br>Email: info@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone  (717) 901–2800<br><br>Date: 4/26/22 |

**For more information, see page 2**

| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 9, 2022 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location: 341 meeting by video conference, further details will be provided to you** |
|---|---|---|

| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 8/8/22** |
|---|---|---|
| | **You must file:** <br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/4/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/22/22** |
| | **Deadlines for filing proof of claim:** <br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. |
|---|---|

| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
|---|---|

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
|---|---|

| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |
|---|---|