In re:  
Jason Alfred Sage  
    Debtor

Case No. 22-00767-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 31, 2022      Form ID: pdf010      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Alfred Sage, 21091 Croghan Pike, Orbisonia, PA 17243-9002 |
| 5471772 | + | Columbia Gas of MD, Online Collections, P O Box 1489, Winterville, NC 28590-1489 |
| 5471789 | | Penelec, P O Box 3687, Akron, OH 44309-3687 |
| 5471790 | + | Penelec, 2800 Pottsville Pike, P O Box 16001, Reading, PA 19612-6001 |
| 5471791 | + | Penelec, 415 Liberty Blvd, Du Bois, PA 15801-2494 |
| 5471825 | + | Pennsylvania Electric Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel 07733-1976 |
| 5471793 | + | Prosper Marketplace, 101 Second St, Se 1500, San Francisco, CA 94105-3672 |
| 5471801 | | Village Capital Investment, 2863 Rose Parkway, Henderson, NV 89052 |
| 5471802 | + | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 5471803 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 5475701 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5471767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2022 19:06:57 | Best Buy/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 5471768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2022 19:07:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5471771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2022 19:07:01 | CitiCards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 5471769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2022 19:06:57 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5471770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2022 19:07:05 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5471773 | + | Email/PDF: creditonebknotifications@resurgent.com | May 31 2022 19:06:56 | Credit One Bank, P O Box 98872, Las Vegas, NV 89193-8872 |
| 5471774 | | Email/Text: mrdiscen@discover.com | May 31 2022 19:04:00 | Discover, P O Box 15316, Wilmington, DE 19850 |
| 5472578 | | Email/Text: mrdiscen@discover.com | May 31 2022 19:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5471775 | + | Email/Text: mrdiscen@discover.com | May 31 2022 19:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5471776 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2022 19:04:00 | Internal Revenue Service, Insolvency Admin, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5472951 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2022 19:07:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5471777 | + | Email/Text: bk@lendingclub.com | May 31 2022 19:05:00 | Lending Club Corp, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 5474496 | + | Email/Text: camanagement@mtb.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 31 2022 19:04:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5471779 | + | Email/Text: bankruptcy@marinerfinance.com | May 31 2022 19:04:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5471780 | + | Email/Text: bankruptcy@marinerfinance.com | May 31 2022 19:04:00 | Mariner Finance LLC, Diana Holland, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5474595 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2022 19:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5471781 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2022 19:04:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5471782 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 31 2022 19:05:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5471785 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 31 2022 19:05:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5472440 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 31 2022 19:05:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5471784 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 31 2022 19:05:00 | Navy Federal Credit Union, P O Box 3700, Merrifield, VA 22119-3700 |
| 5471786 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 31 2022 19:05:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5471787 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2022 19:07:05 | Ollo, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5471792 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2022 19:06:57 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5476934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2022 19:07:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5471794 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2022 19:06:56 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5471795 | + | Email/Text: bknotice@ercbpo.com | May 31 2022 19:05:00 | TMobile, C/O Enhanced Recovery Co, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 5471796 | + | Email/Text: bankruptcydepartment@tsico.com | May 31 2022 19:05:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 5471798 | + | Email/Text: bkelectronicnotices@usaa.com | May 31 2022 19:04:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 5471797 | + | Email/Text: bkelectronicnotices@usaa.com | May 31 2022 19:04:00 | USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 5471800 | | Email/Text: admaas@villagecapital.com | May 31 2022 19:04:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |
| 5471799 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 31 2022 19:04:00 | Verizon, 500 Technology Dr, Ste 300, Saint Charles, MO 63304-2225 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5471778 | | M & T Bank |
| 5471788 | | PayPal Working Account, unknown |
| 5472441 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

5471783   *+   Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Jason Alfred Sage office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON ALFRED SAGE

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-22-00767-HWV

vs.

JASON ALFRED SAGE

    Respondent(s)

## ORDER DISMISSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 31, 2022